# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00556-CV

**Charles Hofferber, Appellant**

**v.**

**Sharon Kerby and Wesley Kerby, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 49024-3, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles Hofferber and appellees Sharon Kerby and Wesley Kerby have informed the court through counsel that they have agreed to dismiss this appeal. Accordingly, we grant the agreed motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Agreed Motion

Filed: June 28, 2006